Getachew **WOLDEAREGAY,**
Petitioner,

v.

Alberto R. **GONZALES,** Attorney
General, Respondent.

No. 04–2175.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 8, 2005.

Decided: June 22, 2005.

**614**

Allan Ebert, Law Offices of Allan Ebert, Washington, D.C., for Petitioner.

Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Bethany B. Hauser, Department of Justice, Washington, D.C., for Respondent.

Before WILKINSON, WILLIAMS, and MICHAEL, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Getachew Woldearegay, a native and citizen of Ethiopia, petitions for review of an August 25, 2004 order of the Board of Immigration Appeals ("Board") denying his motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reopen. 8 C.F.R. § 1003.2(a) (2005); *INS v. Doherty*, 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992); *Yanez–Popp v. INS*, 998 F.2d 231, 234 (4th Cir.1993). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*